IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 OCT 17 PM 3: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ROOSEVELT WALTON, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | Civ. No. 05-2652-D/P |
|  | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) | |
|  | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for October 27, 2005. Prior to the conference, plaintiff and defendants American International Group, Inc., ("AIG"), American General Corporation ("AGC"), American General Finance, Inc. ("AGFI"), American General Financial Services, Inc. ("AGFS"), Merit Life Insurance Company ("Merit"), Yosemite Insurance Company ("Yosemite"), Gwen Jones ("Jones"), Skip Kelly ("Kelly"), and Mary Escue ("Escue") submitted a joint proposed order which was approved by the Court. The following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
November 10, 2005

**JOINING PARTIES:** December 30, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-17-05

12

**AMENDING PLEADINGS**: December 30, 2005

**INITIAL MOTIONS TO DISMISS**: January 20, 2006

**COMPLETING ALL DISCOVERY**: March, 3, 2006

    **(a) DOCUMENT PRODUCTION**: March 3, 2006

    **(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: March 3, 2006

    **(c) FACT DISCOVERY**: April 28, 2006

    **(c) EXPERT WITNESS DISCLOSURE (Rule 26)**:

        **(1) PLAINTIFF'S EXPERT DESIGNATION**: May 5, 2006

        **(2) PLAINTIFF'S REPORT & DISCLOSURES**: May 26, 2006

        **(3) DEFENDANT'S EXPERT DESIGNATION**: June 9, 2006

        **(4) DEFENDANT'S REPORT & DISCLOSURES**: June 30, 2006

        **(5) EXPERT'S DISCOVERY**: July 28, 2006

**FILING DISPOSITIVE MOTIONS**: September 1, 2006

**OTHER RELEVANT MATTERS**:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for a non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately five (5) days.

The parties do not anticipate that this case will settle.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties will respectfully decline the opportunity to have the remainder of this case tried by the magistrate.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

DATE: October 17, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02652 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT